NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN STRAUSBAUGH,**
*Petitioner,*

v.

**GOVERNMENT PRINTING OFFICE,**
*Respondent.*

---

2012-3126

---

Petition for review of the Merit Systems Protection Board in case no. AT315H090034-B-3.

---

## ORDER

This appeal was docketed on April 27, 2012. The petitioner filed a motion for leave to proceed in Forma Pauperis, which was denied on August 29, 2012 and the petitioner was ordered to pay the docketing fee within 14 days. The docketing fee has not been paid.

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal is dismissed for failure to prosecute. Any pending motions are denied as moot.

FOR THE COURT

SEP 1 7 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Stephen Strausbaugh
    Vincent D. Phillips, Esq.

s21

Issued As A Mandate: ___SEP 1 7 2012___

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 7 2012

JAN HORBALY
CLERK